# Order

November 20, 2015

151051(70)

CITY OF COLDWATER,
          Plaintiff-Appellee,

v

CONSUMERS ENERGY COMPANY,
          Defendant-Appellant.
_____/

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 151051
COA: 320181
Branch CC: 13-040185-CZ

On order of the Chief Justice, the motion of the Michigan Municipal Electric Association for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 12, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2015

